# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:21cr357-MHT |
| OPHELIA SHELIA DENISE ) | (WO) |
| HATCHER ) | |

## ORDER

Based on the representations made in open court on September 12, 2022, and by agreement of the parties, it is ORDERED that:

(1) The evidentiary hearing on the revocation petition (Doc. 45) is continued generally.

(2) A status conference is set for October 12, 2022, at 8:30 a.m. to discuss (A) how defendant Ophelia Shelia Denise Hatcher is progressing under the following additional conditions of supervised release, as well as in general, and (B) when to reset the evidentiary hearing on the revocation petition (Doc. 45). The courtroom deputy is to arrange for the status conference to be conducted by telephone.

(3) Pending the evidentiary hearing on the revocation petition, defendant Hatcher is released immediately from incarceration and is subject to the following conditions of supervised release, in addition to those imposed on April 22, 2022, and otherwise, as follows:

    (A) Defendant Hatcher shall refrain from going to any clubs or bars.

    (B) Defendant Hatcher shall refrain from the use or possession of any alcoholic beverage. She shall be subject to remote alcohol monitoring by the probation office. This remote alcohol monitoring shall remain in effect for the full duration of her supervision. The probation office is authorized to use all available technology to monitor her compliance with the alcohol-restriction condition and may change monitoring methods at the officer's discretion. Defendant Hatcher shall wear or carry an alcohol-monitoring device and shall follow the monitoring procedures specified by the probation

officer and outlined in the alcohol-monitoring participant agreement. She shall contribute to the cost of any monitoring in accordance with her ability to pay and the availability of third-party payments.

(C) Defendant Hatcher shall have no contact, whether direct or indirect, with the alleged victim in this case, including through any third party. She is not to post or participate in any communication on Facebook or any other media or internet platform about or directed to the alleged victim.

(D) Defendant Hatcher shall not go near nor be in proximity to the Birchwood Apartments complex (500 Eastdale Road), except to the limited extent it is necessary while she is going to and from work at the Eastdale Mall.

(E) As soon as possible, defense counsel and the supervising probation officer are, separately, to meet with defendant Hatcher and discuss these

3

conditions in detail with her.

DONE, this the 12th day of September, 2022.

                                              /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**