IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:21cr357-MHT** |
| **OPHELIA SHELIA DENISE** | ) | **(WO)** |
| **HATCHER** | ) | |

**ORDER**

Based on the representations made on the record at a status conference on October 12, 2022, it is ORDERED that the conditions of defendant Ophelia Shelia Denise Hatcher's supervised release are modified as follows:

(1) The requirement that defendant Hatcher serve weekends in jail is modified such that she will have satisfied this requirement after she has served the weekend of October 28-30, 2022, in jail. Defense counsel is directed to inform defendant Hatcher that this modification is being made because the court is impressed with her behavior and recent record of compliance.

(2) Defendant Hatcher's therapist is to determine

the frequency of her mental-health treatments.

(3) Another status conference is set for January 13, 2023, at 8:30 a.m., to discuss (A) how defendant Hatcher is progressing in compliance with all the conditions of her supervised release and (B) when to reset the evidentiary hearing on the pending revocation petition (Doc. 45).

(4) The courtroom deputy is directed to make all necessary arrangements for the status conference to be conducted by telephone.

DONE, this the 12th day of October, 2022.

                          /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**