IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:21cr357-MHT |
| OPHELIA SHELIA DENISE HATCHER | ) | (WO) |
| | ) | |

ORDER

Based on the representations made on the record today at an in-person hearing, it is ORDERED that:

(1) The petition for revocation of supervised release (Doc. 45) is dismissed without prejudice.

(2) The motion by defendant Ophelia Shelia Denise Hatcher to remove and/or modify conditions of supervision (Doc. 76) is denied.

(3) All conditions of defendant Hatcher's supervised release that were previously imposed by the court (and that have not previously been relieved) remain in effect. *See* Order (Doc. 66); Order (Doc. 68). The sole exception is that the restriction as to the Birchwood Apartments, *see* Order (Doc. 66) at 3, is removed.

It is further ORDERED that defendant Hatcher's therapist is reminded that he should reach the issue of her post-traumatic stress disorder, etc., in due course.  Probation and defense counsel shall work together to ensure that defendant Hatcher's therapist receives a copy of this order.

DONE, this the 17th day of January, 2023.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**