IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:21cr357-MHT
                            )            (WO)
OPHELIA SHELIA DENISE       )
HATCHER                     )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with the revocation judgment entered on October 28, 2024, it is ORDERED that:

(1) Upon commencement of supervised release, the probation department, with assistance from defense counsel if necessary, shall arrange for defendant Ophelia Shelia Denise Hatcher to spend 12 months at LifeSource, where she shall receive TARGET therapy. Defendant Hatcher is to successfully complete the LifeSource program, including TARGET therapy.

(2) Within eight weeks of the beginning of defendant Hatcher's treatment at LifeSource, the probation department and defense counsel shall: (a) confirm that (i) defendant Hatcher is participating in

TARGET therapy, (ii) that defendant Hatcher has had an evaluation by a psychiatrist to determine whether she needs medication, and (iii), if she does need medication, that defendant Hatcher is receiving such medication; and (b) file a status report with the court on their findings as to the services that defendant is receiving and how she is doing in the LifeSource program.

DONE, this the 29th day of October, 2024.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**