IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )        CRIMINAL ACTION NO.
   v.                       )          2:21-cr-357-MHT
                            )               (WO)
OPHELIA SHELIA DENISE        )
HATCHER

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on United States Probation Officer Bendle's petition for early termination of supervised release for defendant Ophelia Shelia Denise Hatcher.  Officer Bendle represents in the petition that the government does not oppose early termination.

Hatcher has completed a little over half of her two years of supervised release, during which time she has been fully compliant with the terms of supervision. Her probation officer represents the following. Hatcher successfully completed the required LifeSource Residential Recovery Program.  During the program, she passed every drug screen, held down a job, attended all required treatment sessions, and had no violations

during the program.  Outside of completing this program in February 2026, Hatcher finished the required treatment, continues to maintain employment, and has passed all her drug and alcohol tests.  Lastly, her probation officer represents that Hatcher has exhibited to her stability both in her life and in relation to her supervision.  In short, Hatcher has successfully reintegrated into society and is well positioned to avoid criminal involvement in the future.  For all these reasons, the court finds that the petition for early termination should be granted.

***

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 133) is granted; defendant Ophelia Shelia Denise Hatcher's supervised release is terminated; and defendant Hatcher is discharged.

DONE, this the 1st day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2